ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com, tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com, jdulberg@pszjlaw.com, and mlitvak@pszjlaw.com
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff, Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>EASTERDAY RANCHES, INC., *et al.*,[1]<br><br>Debtors. | Bankruptcy No. 21-00141-WLH11 |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br>v.<br><br>3E PROPERTIES, JODY EASTERDAY, ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>Defendants. | Adversary No. 21-80057-WLH<br><br>PROOF OF SERVICE OF SUMMONS IN AN ADVERSARY PROCEEDING AND COMPLAINT |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

PROOF OF SERVICE OF SUMMONS IN AN ADVERSARY
PROCEEDING AND COMPLAINT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80057-WLH   Doc 4   Filed 12/28/21   Entered 12/28/21 13:37:17   Pg 1 of 2

PAULA SUTTON declares:

1. I am an employee of Bush Kornfeld LLP, counsel for Plaintiff herein. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On the 28th day of December, 2021, I caused copies of the Complaint (Dkt. 1) and the Summons in an Adversary Proceeding (Dkt. 3) to be mailed, first-class mail, postage prepaid to:

Karen Easterday
631 Bellflower Road
Mesa, WA 99343

Estate of Gale A. Easterday
c/o Karen L. Easterday
in her capacity as Personal Representative
of the Estate of Gale A. Easterday
631 Bellflower Road
Mesa, WA 99343

Cody A. Easterday
830 Bellflower Road
Mesa, WA 99343

Debby Easterday
830 Bellflower Road
Mesa, WA 99343

Jody Easterday
7915 W Dradie Street
Pasco, WA 99301

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 28th day of December, 2021, at Seattle, Washington.

/s/ Paula Sutton
PAULA SUTTON

PROOF OF SERVICE OF SUMMONS IN AN ADVERSARY PROCEEDING AND COMPLAINT – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

em28hd01vb

21-80057-WLH    Doc 4    Filed 12/28/21    Entered 12/28/21 13:37:17    Pg 2 of 2