ADR Form 2 (8/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 21-00141-LH11 |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 21-80057-WLH |
| | ) | |
| | ) | **CERTIFICATE OF COMPLIANCE** |
| Plaintiff(s) | ) | **WITH LBR 9019-2 (MEDIATION)** |
| | ) | |
| Defendants | ) | |

    Pursuant to Local Bankruptcy Rule 9019-2, each party certifies that he or she considered mediation to resolve the dispute.

    DATED:

_____
Attorneys for Easterday Ranches, Inc. and Easterday Farms

**Note**: This Certificate shall be filed by each party.

21-80057-WLH    Doc 6    Filed 12/29/21    Entered 12/29/21 15:39:14    Pg 1 of 1