**So Ordered.**

**Dated: April 22nd, 2022**



**Whitman L. Holt**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141-WLH<br>Jointly Administered |
| EASTERDAY FARMS,<br><br>            Plaintiffs,<br><br>    v.<br><br>3E PROPERTIES, JODY EASTERDAY, ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>            Defendants. | Adv. Pro No. 21-80057 (WLH)<br><br>**STIPULATED STANDSTILL ORDER** |

Easterday Farms ("Plaintiff"); 3E Properties; Jody Easterday;

Karen L. Easterday, individually and as personal representative of the Estate of

---

[1] This case is jointly administered with *In re Easterday Farms*, Case No. 21-00176-WLH11.

STIPULATED STANDSTILL ORDER - 1

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Gale A. Easterday; Cody A. Easterday; and Debby Easterday (collectively with Plaintiff, the "Parties," and each a "Party"), by and through their counsel of record, hereby stipulate and

IT IS ORDERED that pursuant to the Scheduling and Abatement Order entered on March 25, 2022 [Dkt. No. 28] in the above-captioned adversary proceeding ("Adversary Proceeding"), and the Abeyance and Suspense Order entered in adversary proceeding No. 22-80008 [Dkt. No. 39], the Adversary Proceeding shall be stayed pending a decision from the court on the preliminary injunction requested in adversary proceeding 22-80008, and the status quo shall be maintained in the Adversary Proceeding unless otherwise agreed by all Parties.

/// END OF ORDER ///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By */s/ Timothy J. Conway*<br>Timothy J. Conway, WSBA 52204<br>tim.conway@tonkon.com<br>Ava L. Schoen<br>(admitted *pro hac vice*)<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204<br><br>*Attorneys for Karen L. Easterday, individually and as personal representative of the Estate of Gale A. Easterday* | By */s/ Jeffrey C. Misley*<br>Jeffrey C. Misley, WSBA 33397<br>jmisley@sussmanshank.com<br>Thomas W. Stilley, WSBA 21718<br>tstilley@sussmanshank.com<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* |

STIPULATED STANDSTILL ORDER - 2

| | |
|---|---|
| BUSH KORNFELD LLP | GATENS GREEN WEIDENBACH, PLLC |
| By */s/ Thomas A. Buford, III* <br> Armand J. Kornfeld, WSBA 17214 <br> *jkornfeld@bskd.com,* <br> Thomas A. Buford, WSBA 52969 <br> *tbuford@bskd.com* <br> Richard B. Keeton, WSBA 51537 <br> *rkeeton@bskd.com* <br> 601 Union Street, Suite 5000 <br> Seattle, WA 98101 <br><br> Richard M. Pachulski <br> (admitted *pro hac vice*) <br> Jeffrey W. Dulberg <br> (admitted *pro hac vice*) <br> Maxim B. Litvak <br> (admitted *pro hac vice*) <br> Jason H. Rosell <br> (admitted *pro hac vice*) <br> Paul J. Labov <br> (admitted *pro hac vice*) <br><br> *Attorneys for Easterday Farms* | By */s/ Michelle A. Green* <br> Michelle A. Green, WSBA 33397 <br> *michelle@ggw-law.com* <br> 305 Aplets Way <br> Cashmere, WA 98815 <br><br> *Attorneys for 3E Properties* |
| JORDAN RAMIS PC <br><br> By */s/ Russell D. Garrett* <br> Russell D. Garrett, WSBA 18657 <br> *Russell.garrett@jordanramis.com* <br> Daniel L. Steinberg, WSBA 30080 <br> *Daniel.steinberg@jordanramis.com* <br> 1499 SE Tech Center Place, #380 <br> Vancouver, WA 98683 <br><br> *Attorneys for Jody Easterday* | |

STIPULATED STANDSTILL ORDER - 3

Presented by:

TONKON TORP LLP

By <u>*/s/ Timothy J. Conway*</u>
Timothy J. Conway, WSBA 52204
*Attorneys for Karen L. Easterday individually and as personal representative of the estate of Gale A. Easterday*

042047\03001\13546482v1

STIPULATED STANDSTILL ORDER - 4